UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBERT KIDERLEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:16cv00774 PLC |
| ) | |
| CAROLYN W. COLVIN, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## NUNC PRO TUNC ORDER

This matter is before the Court on review of the Memorandum and Order filed on December 1, 2016 [ECF No. 15].

**IT IS HEREBY ORDERED** that the Memorandum and Order [ECF No. 15] is **AMENDED NUNC PRO TUNC** to delete footnote one. In all other respects, the Memorandum and Order filed on December 1, 2016, remains in full force and effect.

Dated this 2nd day of December, 2016.

_____
**PATRICIA L. COHEN**
**UNITED STATES MAGISTRATE JUDGE**